**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD A. JAFFA,<br><br>           Plaintiff,<br><br>    v.<br><br>ERIC K. SHINSEKI; ERIC<br>H. HOLDER, JR.,<br><br>           Defendants. | Case No. EDCV 13-00257 VAP (SPx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE.  The Court orders that such judgment be entered.


Dated: June 4, 2013              _____

                          VIRGINIA A. PHILLIPS<br>                          United States District Judge