**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD A. JAFFA, | Case No. EDCV 13-00257 VAP (SPx) |
|              Plaintiff, | |
|     v. | **JUDGMENT** |
| ERIC K. SHINSEKI; ERIC H. HOLDER, JR., | |
|              Defendants. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE.  The Court orders that such judgment be entered.


Dated: June 4, 2013          _____

                        VIRGINIA A. PHILLIPS
                     United States District Judge